**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

_____

| | |
|---|---|
| AMERICAN TRAFFIC SOLUTIONS, LLC, | : |
| 1330 W. Southern Avenue, Suite 101 | : |
| Tempe, Arizona, 85282 | : |
| and | : |
| AMERICAN TRAFFIC SOLUTIONS, INC., | : |
| 1330 W. Southern Avenue, Suite 101 | : |
| Tempe, Arizona, 85282 | : |
|           Plaintiffs, | : |
| | : |
| | : |
| vs. | :   NO. _____-MISC |
| | : |
| XEROX STATE & LOCAL SOLUTIONS, INC., | : |
| 12410 Milestone Center Drive, Suite 500 | : |
| Germantown (Montgomery County), | : |
| Maryland  20876 | : |
| | : |
|           Defendant. | : |

_____:

**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF SUBPOENAED INFORMATION**
**FROM DEFENDANT XEROX STATE & LOCAL SOLUTIONS, INC.**

Plaintiffs American Traffic Solutions, LLC, and American Traffic Solutions, Inc. (collectively "ATS"), hereby respectfully move this Honorable Court to compel the production of information from Defendant Xerox State & Local Solutions, Inc. ("Xerox"), which was requested via a subpoena served on April 24, 2014, belatedly objected to, and still has not been produced.  In support of its Motion, ATS incorporates herein by reference its Memorandum of Law in Support of its Motion.

In addition, ATS respectfully requests that this Honorable Court transfer this Motion to the Eastern District of Pennsylvania pursuant to Federal Rule of Civil Procedure 45(f).

WHEREFORE, ATS respectfully requests that this Honorable Court grant its Motion to Compel Production of Subpoenaed Information from Defendant Xerox State & Local Solutions, Inc.

By:  /s/ Peter J. Duhig
Peter J. Duhig (MD Fed. Bar ID 26899)
BUCHANAN INGERSOLL & ROONEY PC
919 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone:  (302) 552-4249
Email:  peter.duhig@bipc.com
   and
Gerald E. Burns (*of counsel*)
David A. Schumacher (*of counsel*)
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place
50 S. 16th St., Suite 3200
Philadelphia, Pennsylvania 19102
Telephone: (215) 665-8700
Email: gerald.burns@bipc.com
Email: david.schumacher@bipc.com
   and
Andy Taylor (*of counsel*)
Andy Taylor & Associates, P. C.
2668 Highway 36 S, #288
Brenham, Texas  77833
Telephone:  (713) 222-1817
Email:  ataylor@andytaylorlaw.com

Dated:  June 17, 2014                              *Attorneys for Plaintiffs*