**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | | |
|---|---|---|
| AMERICAN TRAFFIC SOLUTIONS, LLC, <br> 1330 W. Southern Avenue, Suite 101 <br> Tempe, Arizona, 85282 <br> and <br> AMERICAN TRAFFIC SOLUTIONS, INC., <br> 1330 W. Southern Avenue, Suite 101 <br> Tempe, Arizona, 85282 <br>                       Plaintiffs, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |
| vs. | : <br> : | NO. _____-MISC |
| XEROX STATE & LOCAL SOLUTIONS, INC., <br> 12410 Milestone Center Drive, Suite 500 <br> Germantown (Montgomery County), <br> Maryland  20876 <br>                       Defendant. | : <br> : <br> : <br> : <br> : <br> : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 17, 2014, a true and correct copy of the foregoing was served via electronic and regular mail upon the following:

John C. Grugan
Ballard Spahr, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
GruganJ@ballardspahr.com

                                                                      /s/ Peter J. Duhig
                                                                      Peter J. Duhig