# Exhibit 6

## Schumacher, David

| | |
|---|---|
| **From:** | Wadle, Wes <Wes.Wadle@xerox.com> |
| **Sent:** | Tuesday, May 13, 2014 8:22 PM |
| **To:** | Burns, Gerald E. |
| **Cc:** | Haddow, James; Andy Taylor (ataylor@andytaylorlaw.com) (ataylor@andytaylorlaw.com); Schumacher, David |
| **Subject:** | RE: Subpoena served on Xerox |
| | |
| **Categories:** | In DM, #3973492 : 0081307 : 000004 : PHL1_General |

Obviously, we believe we were never properly served.  However, as I stated earlier, we will accept this copy as service as of today, and respond accordingly.

Wes E. Wadle
Vice President & Senior Corporate Counsel
Office of the General Counsel, Xerox Business Services LLC.
2828 N. Haskell Ave., Bldg. 1 - 9th Floor
Dallas, Texas  75204
(214) 841-8399 - direct
(214) 887-7997 - fax
wes.wadle@xerox.com

**From:** Burns, Gerald E. [mailto:gerald.burns@bipc.com]
**Sent:** Tuesday, May 13, 2014 5:15 PM
**To:** Wadle, Wes
**Cc:** Haddow, James; Andy Taylor (ataylor@andytaylorlaw.com) (ataylor@andytaylorlaw.com); Schumacher, David
**Subject:** RE: Subpoena served on Xerox

Mr. Wadle,

I am not going to engage in an email debate over the propriety of our service on Xerox.  We believe that service was properly made.

Your statement about our sincerity in serving the subpoena is baseless and ridiculous.  If anything, it is your "sincerity" that is in question.  In your latest email, you claim that you do not have a copy of the subpoena.  But a copy of the subpoena was enclosed with our May 8 letter to your colleague, James Haddow, <u>the very letter that you admit had been "forwarded" to you.</u>  I am enclosing another copy of that letter and the subpoena.  I should also point out that we emailed a courtesy copy of the subpoena to Mr. Haddow, your colleague, on April 23, the day before it was served.

I hope we have now dispensed with your excuses, and that we can look forward to Xerox's prompt compliance with the subpoena.


Gerald E. Burns, Esq.
Buchanan Ingersoll & Rooney, PC
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-5360
(215) 665-8760 Facsimile

1

**From:** Wadle, Wes [mailto:Wes.Wadle@xerox.com]
**Sent:** Tuesday, May 13, 2014 6:02 PM
**To:** Burns, Gerald E.
**Cc:** Haddow, James; Andy Taylor (ataylor@andytaylorlaw.com) (ataylor@andytaylorlaw.com); Schumacher, David
**Subject:** RE: Subpoena served on Xerox

Jerry,

I have no record of being served, and do not have a copy of the subpoena. I will be happy to accept service via e-mail if you want to serve the subpoena that way. However, your attachment only proves that Xerox has not yet been properly served. Hand delivered service to a "customer service specialist" is totally improper under the Federal rules, as the position is not and could not appear to be a proper agent of Xerox. That you would rely on that service makes me question your sincerity in serving the subpoena as Xerox has a registered agent in your state for this very reason.

Please send me the subpoena and I will begin to review it as soon as possible, in order to prepare a estimate for you regarding cost of production.

Wes E. Wadle
Vice President & Senior Corporate Counsel
Office of the General Counsel, Xerox Business Services LLC.
2828 N. Haskell Ave., Bldg. 1 - 9th Floor
Dallas, Texas  75204
(214) 841-8399 - direct
(214) 887-7997 - fax
wes.wadle@xerox.com

**From:** Burns, Gerald E. [mailto:gerald.burns@bipc.com]
**Sent:** Tuesday, May 13, 2014 4:51 PM
**To:** Wadle, Wes
**Cc:** Haddow, James; Andy Taylor (ataylor@andytaylorlaw.com) (ataylor@andytaylorlaw.com); Schumacher, David
**Subject:** Subpoena served on Xerox

Mr. Wadle,

I represent American Traffic Solutions, and am responding to your email of earlier today to my colleague David Schumacher.

Your statement that the subpoena was served on PPA's counsel is incorrect. PPA's counsel was provided with notice of the subpoena, pursuant to the Federal Rules of Civil Procedure. The subpoena itself was properly served on Xerox, through its registered agent, as evidenced by the attached proof of service. Service was made on April 24, 2014. Therefore, we expect that Xerox will immediately comply with the subpoena by producing responsive documents, and I ask that you confirm that by response to this email.

Jerry Burns

Gerald E. Burns, Esq.
Buchanan Ingersoll & Rooney, PC
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-5360
(215) 665-8760 Facsimile

**From:** Schumacher, David
**Sent:** Tuesday, May 13, 2014 4:52 PM
**To:** Burns, Gerald E.; Andy Taylor
**Subject:** Fwd: Letter of May 8, 2014


Sent from my iPhone

Begin forwarded message:

> **From:** "Wadle, Wes" <Wes.Wadle@xerox.com>
> **Date:** May 13, 2014 at 4:46:10 PM EDT
> **To:** "david.schumacher@bipc.com" <david.schumacher@bipc.com>
> **Cc:** "Haddow, James" <james.haddow@xerox.com>
> **Subject: Letter of May 8, 2014**
>
> David,
>
> I am in-house litigation counsel for Xerox.  James has forwarded me your letter of May 8, 2014.  Unfortunately, you served your subpoena on counsel for PPA, who does not represent Xerox or any Xerox entity.  If you will properly serve the subpoena you mention on Xerox's registered agent, I will review and get back to you with a cost estimate of producing the unobjectionable documents you are seeking.
>
> Wes
>
> Wes E. Wadle
> Vice President & Senior Corporate Counsel
> Office of the General Counsel, Xerox Business Services LLC.
> 2828 N. Haskell Ave., Bldg. 1 - 9th Floor
> Dallas, Texas  75204
> (214) 841-8399 - direct
> (214) 887-7997 - fax
> wes.wadle@xerox.com

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message and any attachments are private communication sent by a law firm and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

TAX ADVICE DISCLAIMER: Any federal tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.


CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message and any attachments are private communication sent by a law firm and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

TAX ADVICE DISCLAIMER: Any federal tax advice contained in this communication (including attachments) was not intended or written to be used, and

it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.

4