# Exhibit 7

## Schumacher, David

| | |
|---|---|
| **From:** | Grugan, John C.  (Phila) <GruganJ@ballardspahr.com> |
| **Sent:** | Wednesday, May 21, 2014 6:43 PM |
| **To:** | Schumacher, David |
| **Subject:** | PPA v. ATS |
| | |
| **Categories:** | In DM, #3986791 : 0081307 : 000004 : PHL1_General |

David,

I attach below a chart showing the costs Xerox anticipates to collect the data that must be reviewed to comply with the subpoena.  This estimate obviously does not include time incurred during the review; this estimate is for collection and processing only.

| Service | Unit | Rate | Est. Units | Est. Cost | Comments |
|---|---|---|---|---|---|
| Data Culling | GB | $ 70.00 | 580.00 | $ 40,600.00 | 29 Custodians w/~20GB of data each. Filtering by key term, date, type. As many runs as requested by Client. Data expansion capped at 20%. |
| Process for Review | GB | $ 175.00 | 100.00 | $ 17,500.00 | Rate for all Post filtered data. Includes exports and loadfile for Relativity. |
| Technical Time | HR | $ 125.00 | | | As needed for special circumstances |
| Project Management | Hr. | $ 125.00 | | | Project Assistance |
| Data Hosting | GB/Mo | $ 17.00 | 100.00 | $ 1,700.00 | Per month storage/maintenance for active data |
| User Licensing | User/Mo | $ 90.00 | 5.00 | $ 450.00 | TERIS will include 3 users at NC if data hosted exceeds 250GB. |
| OCR (Text Creation) | Page | $ 0.02 | 25,000.00 | $ 500.00 | As needed |
| Other Services | | Quote | | | As needed |
| | | | | $ 60,750.00 | |

As we discussed yesterday, Xerox will not begin collecting electronic data until ATS agrees to pay for the costs incurred.  I understand that ATS is taking the position that it is not required to do so, but I believe a fair reading of the case law supports Xerox's position.

In addition, as I mentioned yesterday, we intend to serve objections to the subpoena.  I understand that ATS intends to take the position that Xerox waived the objections, but as I mentioned yesterday, we have no record that CSC was ever served with the subpoena (and I do not believe, had service been effected, that any failure to respond would result in waiver of Xerox's objections).  In any event, we will serve the responses and objections shortly, I believe by the 27th.

Regards,

John


**John C. Grugan, Esquire**
Ballard Spahr, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
direct:  215.864.8226
mobile:  215.512.9938
facsimile:  215.864.8999
gruganj@ballardspahr.com | www.ballardspahr.com

This message is intended only for the person or persons to whom it is addressed.  It is confidential and may be subject to the attorney-client privilege or attorney work product protections.  If you have received this message in error, please destroy all copies, and reply to that effect.

IRS Circular 230 Disclosure
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.