**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

_____
AMERICAN TRAFFIC SOLUTIONS, LLC,   :
and                                :
AMERICAN TRAFFIC SOLUTIONS, INC.:
                                   :
             Plaintiffs,         :       No. 8:14-mc-00312
                                   :
   v.                              :
                                   :
XEROX STATE & LOCAL SOLUTIONS, INC.,   :
                                   :
             Defendant.          :
_____:

**NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF
DEFENDANT, XEROX STATE & LOCAL SOLUTIONS, INC.**

    Please enter the appearance of Glenn A. Cline, Esq., and Ballard Spahr, LLP on behalf of Xerox State & Local Solutions, Inc. in the above-captioned case.

                            Respectfully submitted,

                            /S/ *Glenn A. Cline*
                            Glenn A. Cline (Fed. Bar No. 26672)
                            BALLARD SPAHR LLP
                            300 East Lombard Street
                            18th Floor
                            Baltimore, MD  21202-3268
                            Phone:  (410) 528-5600
                            Fax:     (410) 528-5650
                            E-mail:  clineg@ballardspahr.com

                            *Attorneys for Defendant,*
                            *Xerox State & Local Solutions, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of June, 2014, the foregoing Notice of Entry of Appearance on behalf of Defendant, Xerox State & Local Solutions, Inc. was filed electronically and served on counsel of record via the Court's CM/ECF Filing System.

/S/ *Glenn A. Cline*
Glenn A. Cline